UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. TRUSCHKE, JR., | No. 2:15-cv-0702 CKD P |
| Petitioner, | |
| v. | ORDER |
| SHASTA SUPERIOR COURT, et al., | |
| Respondents. | |

By order filed May 12, 2015, petitioner's habeas application was dismissed and thirty days' leave to file an amended application was granted. The thirty day period has now expired, and petitioner has not filed an amended petition. Petitioner has consented to this court's jurisdiction pursuant to 28 U.S.C. § 636(c0 and Local Rule 302.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: June 24, 2015

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / trus0702.fta.hab