1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JAMES E. TRUSCHKE, JR.,                       No.  2:15-cv-0702 CKD P

12              Petitioner,

13         v.                                       ORDER

14   SHASTA COUNTY SUPERIOR COURT,
     et al.,
15
                Respondents.
16

17

18         Petitioner, a state prisoner proceeding pro se, has appealed the June 24, 2015 dismissal of

19   his petition for untimeliness.  As the order of dismissal did not address whether a certificate of

20   appealability should issue, the court does so here.[1]

21         A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has

22   made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).

23   Where the petition was dismissed on procedural grounds, a certificate of appealability "should

24   issue if the prisoner can show:  (1) 'that jurists of reason would find it debatable whether the

25   district court was correct in its procedural ruling'; and (2) 'that jurists of reason would find it

26   debatable whether the petition states a valid claim of the denial of a constitutional right.'"  Morris

27   _____

     [1] Petitioner has consented to this court's jurisdiction to conduct all proceedings in this action.
28   (ECF No. 6.)

                                                    1

1   v. Woodford, 229 F.3d 775, 780 (9th Cir. 2000) (quoting Slack v. McDaniel, 529 U.S. 473, 484

2   (2000)).

3          After review of the record herein, this court finds that petitioner has not satisfied the

4   requirement for issuance of a certificate of appealability in this case.  Accordingly, a certificate of

5   appealability will not issue in this action.

6          After the judgment of dismissal was entered on June 24, 2015, petitioner filed two

7   motions.  (ECF No. 16 & 18.)  As this case is closed, the Clerk of Court will be directed to

8   disregard these motions, and no orders will issue in response to future filings.

9          Accordingly, IT IS HEREBY ORDERED that:

10          1.  The court declines to issue a certificate of appealability pursuant to 28 U.S.C. § 2253;

11   and

12          2.  The Clerk of Court is directed to disregard petitioner's motions at ECF Nos. 16 & 18,

13   as this action was closed on June 24, 2015.

14   Dated:  August 10, 2015

15                                   _____
                                     CAROLYN K. DELANEY
16                                   UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21   2 / cudg0691.coa.pro

22

23

24

25

26

27

28

2